# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0776.  RICKY J. JOHNSON v. THE STATE.**

Ricky J. Johnson pled guilty to burglary and two counts of theft by receiving. He moved to withdraw his guilty plea, but the trial court denied his motion and we affirmed that ruling on appeal.  See *Johnson v. State*, Case No. A11A1868 (decided March 6, 2012).  Johnson then filed a petition for certiorari in the Supreme Court. While his petition was pending, he filed a pro se motion to supplement the record in the trial court.  The Supreme Court denied Johnson's request for certiorari.  See *Johnson v. State*, Case No. S12C1336 (decided October 15, 2012).  Subsequently, the trial court denied his motion to supplement the record, and Johnson filed this appeal.

We lack jurisdiction because this issue is now moot.  Once appellate review has been concluded, a party may not seek to supplement the trial court record.  See *Jennings v. State*, 277 Ga. App. 71 (625 SE2d 492) (2005).  Here, we have already affirmed Johnson's convictions and the Supreme Court has already denied his petition for certiorari.  Accordingly, his request to supplement the record is moot, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/19/2013
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.


, *Clerk.*